J-A16026-17

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| JOANNA J. EASTMAN, | : | |
| | : | |
| Appellant | : | No. 1865 WDA 2016 |

Appeal from the Judgment of Sentence October 31, 2016,
in the Court of Common Pleas of Greene County,
Criminal Division at No(s): CP-30-SA-0000038-2014

BEFORE:    STABILE, J., FORD ELLIOTT, P.J.E., and STRASSBURGER,* J.

JUDGMENT ORDER BY STRASSBURGER, J.:         FILED: September 7, 2017

Joanna J. Eastman (Appellant) appeals from the judgment of sentence imposed on October 31, 2016, after she was found guilty of a summary offense for driving on a suspended license. Because this appeal was filed untimely, we quash this appeal.[1]

On October 31, 2016, Appellant was found guilty of the aforementioned summary offense and sentenced to 30 days of incarceration and a $1,000 fine. N.T., 10/31/2016, at 45.  On December 1, 2016, she filed a notice of appeal from her judgment of sentence.

A "notice of appeal … shall be filed within 30 days after the entry of the order from which the appeal is taken." Pa.R.A.P. 903(a).  "The imposition of sentence immediately following a determination of guilt at the

---

[1] "Whether an appeal has been filed in time is a jurisdictional question that may be raised by this court *sua sponte*." **Commonwealth v. Jones**, 453 A.2d 1028 (Pa. Super. 1982).

*Retired Senior Judge assigned to the Superior Court.

conclusion of the trial *de novo* shall constitute a final order for purposes of appeal." Pa.R.Crim.P. 720(D).   The comments to that rule provide that "[t]he time for appeal in summary cases following a trial *de novo* runs from the imposition of sentence." **Id**. (comment).

Instantly, Appellant's judgment of sentence was imposed in open court on October 31, 2016;[2] therefore, her notice of appeal was due 30 days later on November 30, 2016.  Appellant filed a notice of appeal on December 1, 2016.  Thus, it was untimely filed, and we quash this appeal.

Appeal quashed.

Judgment Entered.

_[signature]_

Joseph D. Seletyn, Esq.

Prothonotary

Date: 9/7/2017

---

[2] **See** N.T., 10/31/2016, at 45-46.  The fact that Appellant's judgment of sentence was not entered on the docket until November 2, 2016 is not relevant under these circumstances.